**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NEUROPUBLIC S.A. - INFORMATION
TECHNOLOGIES,

                 Plaintiff,

   -against-                                       24 **CIVIL** 4156 (JPO)

                                                              **<u>JUDGMENT</u>**

LADAS & PARRY LLP,

                 Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 14, 2025, Defendant's motion to dismiss the amended complaint is GRANTED. Counts I and II are dismissed with prejudice. Counts III and IV are dismissed without prejudice. Judgment of dismissal is entered; accordingly, the case is closed.

**Dated:** New York, New York

      April 15, 2025

                                                           **TAMMI M HELLWIG**
                                                           **Clerk of Court**

                              **BY:**     *K. Mango*

                                                            **Deputy Clerk**